# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:17 cv 282

| | |
|---|---|
| **RELION MANUFACTURING, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **TRI-PAC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Pending before the Court is the Motion to Stay [# 9]. After discussion between the parties, Plaintiff moves to stay this case to further discuss the possibility of a non-judicial resolution of this matter. Plaintiff has consulted with Defendant who neither consents nor objects to the motion.

For good cause shown, the Court **GRANTS** the motion [# 9]. This case shall be **STAYED** through and including March 16, 2018.

Signed: January 19, 2018

Dennis L. Howell
United States Magistrate Judge