# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 282

| | | |
|---|---|---|
| **RELION MANUFACTURING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **TRI-PAC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pending before the Court is the Motion for Leave to File a Response [# 13]. On January 18, 2018, Plaintiff filed its Motion and Memorandum to Stay this case [# 9, # 10]. In paragraph 5 of the motion, Plaintiff represented that Defendant did not oppose the motion. On January 19, 2018, the Court granted the motion and stayed the case [# 11]. On January 24, 2018, Plaintiff filed a Notice of Correction [# 12] stating that Plaintiff had mistakenly stated that Defendant did not oppose the motion [# 12, ¶ 6]. On January 31, 2018, Defendant filed its Motion for Leave to File a Response.

First, the Court finds that the Order Granting Plaintiff's Motion to Stay [# 11] was improperly entered. Therefore, the Court **DISSOLVES** the stay.

Second, the Court **GRANTS** this motion [# 13]. Defendant has leave to file a reply to the motion to stay.

Third, because the stay is no longer in effect, the Court **ORDERS** that Plaintiff's response to the motion to dismiss is due on or by **February 9, 2018**.

Signed: February 1, 2018

Dennis L. Howell
United States Magistrate Judge