**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cv 282**

| | | |
|---|---|---|
| **RELION MANUFACTURING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TRI-PAC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Upon reviewing the docket, it appears Plaintiff's Motion to Stay [# 9] is now moot. The date which Plaintiff requested a stay through has passed, and the parties have subsequently participated in professional mediation [# 19]. Accordingly, the Court **DISMISSES** the Motion to Stay [# 9] as moot.

Signed: May 22, 2018

Dennis L. Howell
United States Magistrate Judge