# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 282

| | |
|---|---|
| RELION MANUFACTURING, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| TRI-PAC, INC., ) | |
| Defendant. ) | |

Before the Court is the motion for *pro hac vice* admission [# 32] filed by Sarah L. DiFranco, counsel for third-party defendant Aptar Group, Inc.

Upon review of the motion, it appears Gary Zhao is a member in good standing with the Illinois Bar and will be appearing with Sarah L. DiFranco, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 32]. The Court **ADMITS** Gary Zhao to practice *pro hac vice* before the Court while associated with local counsel.

Signed: August 21, 2018

Dennis L. Howell
United States Magistrate Judge